**No. 48637.**—Protests 836782–G, etc., of William Faehndrich, Inc., et al. (New York).

Opinion by KEEFE, J. Following *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146 a 2½ percent allowance was made in the weight of cheese stipulated to be similar to that involved therein, and an allowance of 1 percent was made in the weight of Reggiano cheese similar to that the subject of *Scaramelli* v. *United States, supra.* Protests sustained to that extent.

**No. 48638.**—Protests 97635–K, etc., of *Samuel Shapiro & Co., Inc.* (Baltimore).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Schmidt* v. *United States* (9 Cust. Ct. 188, C. D. 690) the merchandise in question was held not subject to countervailing duty. The protests were therefore sustained.

**No. 48639.**—Protests 748004–G, etc., of Sun Wing Wo Co. (Los Angeles).

Opinion by EKWALL, J. Upon further consideration it was held that certain of the merchandise was not subject to the internal revenue tax. The protests were therefore sustained to that extent.

BEFORE THE THIRD DIVISION, AUGUST 6, 1943

**No. 48640.**—Protest 98514–K of Chesebro, Robbins & Graham, Inc. (New York.)

Opinion by CLINE, J. It was stipulated that the frozen frogs' legs in question are similar to those the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610). The protest was therefore sustained as to this claim.